**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.  **CV 22-3186-JFW(JPRx)**                    Date: **September 12, 2022**

Title:        Unicolors, Inc. -v- Paradise II, LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                         **None Present**
**Courtroom Deputy**                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER CONTINUING ORDER TO SHOW CAUSE RE:**
                                                        **DISMISSAL FOR LACK OF PROSECUTION**

        The Court continues the Order to Show Cause as to each defendant by the dates indicated below.

        The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

    **X**    Proof of service of summons and complaint as to **Paradise II, LLC by September 15, 2022.**

        Answer by the defendant, an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a), or a notice of dismissal as to **White Mark Universal, Inc. by**
    **X**    **October 13, 2022.**

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.

Initials of Deputy Clerk   _sr_